**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                                         :
v.                                                            :          CASE NO.: 7:26-CR-02 (WLS-ALS)
                                                         :
TAYSHAWN BERNARD STEWART,     :
                                                         :
    Defendant.                                  :
                                                         :

## ORDER

The Court intends to notice this case for the August 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

    **SO ORDERED**, this 18th day of May 2026.

                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**